```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
UNITED STATES DISTRICT COURT                        │ DOCUMENT                    │
SOUTHERN DISTRICT OF NEW YORK                       │ ELECTRONICALLY FILED        │
--------------------------------------------X       │ DOC #: _____         │
                                        :           │ DATE FILED:  3-7-14         │
In re ex parte Petition of Shagang Shipping :       └─────────────────────────────┘
Co., Ltd..                              :           Case No. 14-misc-
                                        :
                                        :
--------------------------------------------X
```

## ORDER GRANTING APPLICATION
## FOR DISCOVERY ASSISTANCE

THIS MATTER came before the Court pursuant to an Application for Discovery

Assistance with Respect to Foreign Legal Proceedings (the "Application") by SHAGANG

SHIPPING CO. LTD. (hereinafter "SHAGANG" or "Petitioner"), pursuant to 28 U.S.C. § 1782.

Upon review of the application, Petitioner's supporting memorandum and declarations, and the

legal authorities associated with 28 U.S.C. § 1782, and being apprised of all pertinent matters, it

is hereby ORDERED and ADJUDGED that:

1. The Petitioner's Application is GRANTED.

2. China Development Bank, Industrial and Commercial Bank of China, China Construction

   Bank, Agricultural Bank of China, Bank of China, HSBC Bank (USA) N.A. and

   JPMorgan Chase Bank, are directed to respond to the subpoenas issued by SHAGANG,

   attached as Exhibit A to the Petition, within the time set forth therein.

3. The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order

   and assessing any supplemental request for discovery assistance that may be requested by

   Petitioner. *Any party or entity receiving a subpoena is free to object, particularly so of
   [the] is deemed to be an attempt to bring back ex parte matters attached of cases. A copy of this order
   is to be served with the subpoena.*    SO ORDERED:

   _____    3-7-14
   UNITED STATES DISTRICT JUDGE

                    *Part I*